UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE MURRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:14-cv-01349- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 9) |

On January 12, 2015, the parties stipulated for Defendant to have an extension of time to prepare and file the administrative record. (Doc. 9.) The Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate. Accordingly, **IT IS HEREBY ORDERED**:

　　1.　The extension of time (Doc. 9) is **GRANTED**; and

　　2.　Defendant **SHALL** file and serve the certified administrative record on or before **February 19, 2015**.

IT IS SO ORDERED.

Dated: __**January 12, 2015**__　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE