BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JERRY LEE MURRY, | ) Case No. 1:14-cv-1349-JLT |
| | ) |
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~]** |
| | ) **ORDER TO EXTEND BRIEFING** |
| v. | ) **SCHEDULE** |
| | ) |
| CAROLYN W. COLVIN | ) **(Doc. 16)** |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to serve Plaintiff with the certified administrative record and file a copy of the certified administrative record with the Court by 30 days to July 17, 2015, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's second request for an extension of time in this matter.[1]

---

[1] The Commissioner first sought an extension in this case because the Social Security Administration's Office of Disability Adjudication and Review was unable to prepare a complete certified administrative record.

-1-

There is good cause for this extension because counsel for Defendant is currently responsible for numerous district court cases at various stages of litigation, as well as conducting discovery and preparing substantive motions in proceedings before the Equal Employment Opportunity Commission and Merit Systems Protection Board.

Respectfully submitted,

Date: *June 15, 2015*   LAW OFFICES OF LAWRENCE D. ROHLFING

By:   */s/ Asim H. Modi for Brian C. Shapiro\**
BRIAN C. SHAPIRO
*\*Authorized by email on June 15, 2015*
Attorneys for Plaintiff

Date: *June 15, 2015*   BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

The request is **GRANTED**.  (Doc. 16) Respondent's brief SHALL be filed no later than **July 17, 2015**. No further extensions of time will be granted absent a showing of exceptional good cause.

IT IS SO ORDERED.

Dated:   **June 16, 2015**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

-2-