# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY LEE MURRY, | ) | Case No.: 1:14-cv-01349 - JLT |
| Plaintiff, | ) ) ) | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant. | ) ) | |

On February 22, 2016, Plaintiff Jerry Lee Murry and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d).  (Doc. 22)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees in the amount of $3,900.00 is **AWARDED** to Plaintiff, Jerry Lee Murry.

IT IS SO ORDERED.

Dated:   __February 29, 2016__             _____/s/ **Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE